UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 25-CR-8

LI XING, a.k.a. "MR. LI,"

    Defendant.

---

## MOTION TO SEAL

---

NOW COMES the United States of America, by its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Katherine M. Halopka-Ivery, Assistant United States Attorney for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the government's submission filed on March 4, 2025, in the above-named case until further order of this Court.

As a basis for said motion, the government relies upon the facts and circumstances described in said submission.

Respectfully submitted this 4th day of March, 2025 at Milwaukee, Wisconsin.

                                                    Respectfully submitted,

                                                    RICHARD G. FROHLING
                                                    Acting United States Attorney

                              By:    *s/ Katherine M. Halopka-Ivery*
                                                    KATHERINE M. HALOPKA-IVERY
                                                    Assistant United States Attorney