# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cr-00008-JPS-1 |
| LI XING | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

the defendant, Li Xing

Date: 03/11/2025

*/s/ Todd E. Henry*
*Attorney's signature*

Todd Edward Henry
*Printed name and bar number*

1500 Walnut Street, Suite 1060
Phildelphia, PA 19102
*Address*

DLombardo@thehenryfirm.biz
*E-mail address*

(215) 545-7100
*Telephone number*

(215) 545-6611
*FAX number*