UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                          Plaintiff,

v.                                              Case No. 25-CR-8

LI XING,

                          Defendant.

---

## IN THE MATTER OF THE APPLICATION AND ORDER FOR
## A WRIT OF HABEAS CORPUS FOR PROSECUTION

---

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the Otis Bantum Correctional Center, for the following judicial proceeding:

| | |
|---|---|
| Defendant: | LI XING, NYSID:16293755R, DOB: 05/25/1985 |
| Proceeding: | Initial Appearance/Arraignment & Plea |
| Date/Time: | May 13, 2025, at 1:30pm |
| Before: | United States Magistrate Judge Nancy Joseph |
| | 517 E. Wisconsin Avenue, Room 253 |
| | Milwaukee, Wisconsin |

Respectfully submitted this 24th day of March, 2025.

                                                  RICHARD G. FROHLING
                                                  Acting United States Attorney

                                                  *s/ Katherine M. Halopka-Ivery*
                                                  KATHERINE M. HALOPKA-IVERY
                                                  Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this __25th__ day of March, 2025.

                                                  _____
                                                  HONORABLE WILLIAM E. DUFFIN
                                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 25-CR-8

LI XING,

        Defendant.

## WRIT OF HABEAS CORPUS FOR PROSECUTION

To: **WARDEN OR SUPERINTENDENT, OTIS BANTUM CORRECTIONAL CENTER OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY**.

    It is HEREBY ORDERED that you have Li Xing, NYSID:16293755R, DOB: 05/25/1985 now detained at the Otis Bantum Correctional Center, produced under safe and secure conduct, to the Honorable Nancy Joseph, United States Courthouse, 517 East Wisconsin Avenue, Room 253, Milwaukee, Wisconsin, commencing on May 13, 2025 at 1:30pm for the purpose of an Initial Appearance/Arraignment & Plea.

    It is FURTHER ORDERED that at the completion of said proceedings, you return the prisoner to said institution promptly, or within any other specific timeframe set by the United States District Court for the Eastern District of Wisconsin, under safe and secure conduct.

    WITNESS, The Honorable William E. Duffin, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this 25th day of March, 2025.

                                          GINA M. COLLETTI
                                          Clerk of Court

                BY:    s/A. Straub
                                          Deputy Clerk