# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LI XING | INITIAL APPEARANCE/ARRAIGNMENT<br>AND PLEA MINUTES<br><br>CASE NUMBER **25-cr-8** |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding<br>Deputy Clerk: Evan R.<br>Hearing Held: May 19, 2025, at 2:30 pm | Court Reporter: Zoom Audio<br>Hearing Began: 2:28 pm<br>Hearing Ended: 2:52 pm |

**Appearances:**

UNITED STATES OF AMERICA by: Katherine M Halopka-Ivery
Li Xing, via video conference, and by: Todd E Henry         ☐ CJA  ☐ FDS  ☒ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☐ None   ☒ Sworn Jane Hu

☒ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☒ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | 7/25/2025 | District Judge: | J P Stadtmueller |
| Plea Deadline: | | Bond Judge: | Nancy Joseph |
| Final Pretrial Report | | Magistrate Judge: | Stephen Dries |
| Final Pretrial Conf.: | TO BE SET | Motions Due: | 7/14/2025 |
| Jury Trial Date: | TO BE SET | Responses Due: | 7/28/2025 |
| Trial Length Estimate: | 2 weeks | Replies Due: | 8/6/2025 |

☒ Defendant consents to proceed via video
☒ Defendant advised of rights
☐ Court orders counsel appointed
☒ Defendant advised of charges, penalties, and fines
☒ Copy of indictment received by defendant
  ☒ Indictment read   ☐ defendant waives reading
☒ Not guilty plea entered by: ☒ defendant   ☐ the court
☒ Expanded discovery policy applies (*See* Order below)
  Discovery available: currently available/exchanged

☒ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted   ☐ Denied
  ☐ Referred to Stephen Dries
☒ Case designated complex
☐ Counsel Only Scheduling Conference:
  before Magistrate Judge Stephen Dries

Maximum Penalties:

COUNT 1: SENT: 20 years; FINE: $1,000,000; SR: 3 years to Life; SA: $100.
COUNT 13: SENT: 10 years; FINE: $500,000; SR: 2 years to Life; SA: $100.
COUNT 14: SENT: 10 years; FINE: $500,000; SR: 2 years to Life; SA: $100. Forfeiture notice.

**BOND**
Defendant is in the custody of New York State.

GOVERNMENT seeks detention.
There is a presumption of detention.

DEFENSE does not argue for release at this time.
Defense requests an order from the Court directing proper eye related healthcare be provided to his client.

COURT hears from parties prior to decision.
The Court ordered Defendant detained pending trial.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings