UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                      Case No. 25-CR-48

LI XING, a.k.a. "MR. LI,"
SKYLAR V. TRUMBO,
JOHN W. PERRY, and

      Defendants.

---

## PARTIES' MOTION FOR SPEEDY TRIAL FINDING

---

The United States of America, by and through its attorneys, Brad D. Schimel, United States Attorney for the Eastern District of Wisconsin, and Katherine M. Halopka-Ivery, Assistant United States Attorney, for said district, and defendant, Li Xing, by attorney Todd E. Henry, defendant Skylar V. Trumbo, by attorney Joshua D Uller, and defendant John W. Perry, by attorney Jeffrey W. Jenson Jr. on behalf of John S Schiro, provide the Court with a status of this matter and respectfully move this Court for a finding excluding time from the computation of the speedy trial period in this case, Speedy Trial finding pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B).

On January 22, 2025, the defendants were indicted by a grand jury in the Eastern District of Wisconsin and charging them multiple counts related to drug trafficking offenses, and firearm arm offenses. ECF No. 1. Between February 20, 2025 and May 19, 2025, the defendants made their initial appearances on the indictment. ECF Nos. 20, 31, and 72. Magistrate Judge Stephen C. Dries issued a scheduling order as to pretrial motions, which was later extended to October 17,

2025. See ECF Nos. 65, 73, 79, and 84. As the defendants did not file any pretrial motions, the case was no longer referred to Magistrate Judge Dries on October 21, 2025. On October 22, 2025 the parties filed a joint motion and status informing the Court that the parties anticipated the matters would resolve short of trial. Defendants Adham Blandin, Kevin Eisenhauer, Shawn Senter, Kaiyu Huang, and Shelton Thornton have all filed plea agreements with the Court. See ECF Nos. 92, 93, 95, 98, 99, and 101. Counsel for defendants Xing, Trumbo, and Perry continue to believe their matters will resolve without a trial.

Due to travel and the need for interpreter, Attorney Henry has not been able to obtain a signed plea agreement; however, Attorney Henry is scheduled to meet with Xing on December 15, 2025 to execute the plea agreement. Attorney Uller will have a signed plea agreement within the next week. Attorney Schiro has been out on medical leave and was anticipated to have returned by now; however, Attorney Schiro remains unavailable. Attorney Jensen has appeared on Attorney Schiro's behalf. Attorney Jensen needs additional time to review the plea agreement with Perry, but believes the matter will resolve without a trial.

The parties continue to believe all these matters will resolve short of trial. The parties respectfully request a short extension to file plea agreements, January 2, 2025. This short extension will allow the parties to execute plea agreements and potentially avoiding costly and time-consuming litigation. The mutual pursuit of a potential resolution to this case by the parties outweighs the interest of the public and the defendants in a speedy trial. *See United States v. Robey*, 831 F.3d 857, 863 (7th Cir. 2016). In the alternative, given discussions with witnesses, the parties' calendars, and the anticipated return of Attorney Schiro from medical leave, the parties respectfully request any jury trial be scheduled either the week of March 23, 2026 or April 6, 2026.

Regardless, the parties jointly request that the Court make a finding excluding the intervening time between now and January 2, 2026, or the scheduled jury trial from the speedy trial calculation in this matter pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

The undersigned Assistant United States Attorney is filing this joint status report on behalf of and with approval of the defendants' attorneys, Todd E. Henry, Joshua D. Uller, and Jeffrey W. Jensen Jr., on behalf of John S. Schiro.

Respectfully submitted this 5th day of December, 2025.

                                            BRAD D. SCHIMEL
                                            United States Attorney

By:    */s/ Katherine M. Halopka-Ivery*
          Katherine M. Halopka-Ivery
          Assistant United States Attorney
          Office of the United States Attorney
          Eastern District of Wisconsin
          517 East Wisconsin Avenue, Room 530
          Milwaukee, Wisconsin 53202
          Telephone: (414) 297-4106