# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

XING LI, KAIYU HUANG, SHAWN M. SENTER, JASON A. WNUK, KEVIN M. EISENHAUER, SHELTON K. THORNTON, SKYLAR V. TRUMBO, JOHN W. PERRY, and ADHAM B. BLANDIN,

    Defendants.

Case No. 25-CR-8-JPS

**ORDER**

On December 19, 2025, the Government filed a motion to dismiss without prejudice certain property from the forfeiture notice contained in the Indictment in this matter. ECF No. 113. Such dismissal is authorized by the terms of Federal Rule of Criminal Procedure 48(a). Fed. R. Crim. P. 48(a). For the reasons stated in the Government's motion, the Court will grant the requested dismissal.

Accordingly,

**IT IS ORDERED** that the Government's motion to dismiss property from the forfeiture notice of the Indictment, ECF No. 113, be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the following property items be and the same are hereby **DISMISSED** without prejudice from the forfeiture notice of the Indictment:

a) Approximately $9,600 recovered from XX57 North 106th Street, Milwaukee Wisconsin, 53225, on February 21, 2022;

b) a Glock 45 9mm, bearing serial number BNWA275, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

c) a Glock 17M 9mm, bearing serial number BENS974, with a Glock switch, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

d) a Bersa Thunder 380, bearing serial number G48024, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

e) a Glock 17 9mm, bearing serial number AUC207, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022; and

f) a blue/black Model 17C Glock 9mm, bearing serial number EDL252, with a Glock auto-sear switch and an empty extended magazine, recovered from XX05 South 3rd Street, Milwaukee, Wisconsin, 53207, on March 10, 2022.

Dated at Milwaukee, Wisconsin, this 30th day of December, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge